IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VITA YANCY, § | |
| Plaintiff § | |
| § | CIVIL ACTION NO. 4:11-cv-910 |
| vs. § | |
| § | |
| ZENITH ACQUISITION § | |
| CORPORATION AND § | |
| DAVID PARIS, § | |
| Defendants § | |

**FINAL JUDGMENT**

Pursuant to Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment, filed with the Court on April 14, 2011, it is

**ORDERED and ADJOURNED** that Final Judgment is hereby entered in favor of Plaintiff, Vita Yancy, and against Defendants, Zenith Acquisition Corporation and David Paris, in the sum of One Thousand Five Hundred dollars ($1,500.00) inclusive of attorney's fees and costs.

The Court reserves jurisdiction over this matter until fully resolved.

**DONE and ORDERED** this  18th  day of  April , 2011

_____
Nancy F. Atlas
United States District Judge

1